IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00505-REB-KLM

DIEBOLD ENTERPRISES SECURITY SYSTEMS, INC., a New York corporation,

    Plaintiff,

v.

LOW VOLTAGE WIRING, LTD., a Colorado corporation doing business as LVW Electronics, Inc.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Protective Order** [Docket No. 24; Filed June 12, 2013] which the Court will treat as a joint motion for a protective order (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#24] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: June 17, 2013