IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00505-REB-KLM

DIEBOLD ENTERPRISES SECURITY SYSTEMS, INC., a New York corporation,

　　　Plaintiff,

v.

LOW VOLTAGE WIRING, LTD., a Colorado corporation doing business as LVW Electronics, Inc.,

　　　Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　This matter is before the Court on **Plaintiff's <u>Unopposed</u> Motion to Modify the Expert Disclosure Deadlines Under the April 25, 2013 Scheduling Order and Minute Order** [Docket No. 30; Filed June 24, 2013] (the "Motion").

　　　IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**.  The Scheduling Order entered on April 25, 2013 [#20] is amended to extend the following deadlines:

- 　　Affirmative Expert Disclosure Deadline　　　　**July 9, 2013**
- 　　Rebuttal Expert Disclosure Deadline　　　　　**August 9, 2013**

　　　Dated:  June 24, 2013