**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00505-REB-KLM

DIEBOLD ENTERPRISES SECURITY SYSTEMS, INC., a New York corporation,

      Plaintiff,

v.

LOW VOLTAGE WIRING, LTD, a Colorado corporation d/b/a LVW Electronics, Inc.,

      Defendant.

---

### FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Defendant's Motion for Summary Judgment** [#64] entered by Judge Robert E. Blackburn on December 10, 2013 , which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Defendant's Motion for Summary Judgment** [#21], filed May 24, 2013, is **GRANTED**;

      2.  That **Defendant's Unopposed Motion To Withdraw Jury Demand** [#63], filed December 9, 2013, is **DENIED AS MOOT**;

      3.  That plaintiff's claims against defendant are **DISMISSED WITH PREJUDICE;**

      4.  That **JUDGMENT IS ENTERED** on behalf of defendant, Low Voltage Wiring, Ltd., a Colorado Corporation d/b/a LVW Electronics, Inc., against plaintiff, Diebold Enterprises Security Systems, Inc., a New York corporation, on all claims and causes of

action;

     5.  That the defendant is **AWARDED** its costs to be taxed by the Clerk of the

Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

     DATED at Denver, Colorado, this 11th day of December, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: <u>s/ Kathleen Finney</u>
        Kathleen Finney
        Deputy Clerk